UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>                   Plaintiff(s),  )<br>                                   )<br>vs.                                )<br>                                   )<br>DAVID E. LIPSON,                   )<br>                                   )<br>                   Defendant(s).  )<br>_____) | Case No. 2:16-cv-01147-JAD-NJK<br><br>**O R D E R** |

The Government has filed a petition seeking entry of an order requiring Defendant to produce various documents. *See* Docket No. 1. That petition fails to identify the pertinent legal standards or explain how they have been met. Accordingly, the petition is **DENIED** without prejudice. The Government may refile its request through a properly filed motion, supported by a memorandum of points and authorities. Failure to file such a motion by June 8, 2016, will result in this case being administratively closed.

IT IS SO ORDERED.

Dated: May 25, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge