UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cv-01147-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| DAVID E. LIPSON, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The show cause hearing set in this case for September 30, 2016, Docket No. 13, is hereby **ADVANCED** to 9:30 a.m. on September 29, 2016.

IT IS SO ORDERED.

Dated: September 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge