UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s),  ) <br> ) <br> vs.  ) <br> ) <br> DAVID E. LIPSON,  ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:16-cv-01147-JAD-NJK <br><br> ORDER |

The parties have filed a stipulation indicating that Respondent has complied with the requirements to provide documents and information. Docket No. 15. Accordingly, the stipulation (Docket No. 15) is **GRANTED**, the petition to enforce the IRS summons (Docket No. 3) is **DENIED** as moot, and the further show cause hearing is **VACATED**. The Clerk's Office is **INSTRUCTED** to administratively close this case.

IT IS SO ORDERED.

Dated: September 21, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge